**Fill in this information to identify the case:**

Debtor 1  Matthew Leeper

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington
(State)

Case number  19-41937

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BM Homes, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 7/22/19 to 8/13/2019 | (3) | $ 1,962.50 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Matthew | | Leeper | Case number (*if known*) 19-41937 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Troy G. Sexton
Signature

Date 8 / 30 / 2019

Print: Troy G. Sexton
First Name   Middle Name   Last Name

Title Attorney

Company: Motschenbacher & Blattner, LLP

Address: 117 SW Taylor St. Suite 300
Number   Street
Portland   OR   97204
City   State   ZIP Code

Contact phone (503) 417 – 0517

Email tsexton@portlaw.com.

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 2253.000 Lawrence/Brett** | | | | | | | | | |
| 2253.000 | 07/22/2019 | 11 | A | 1 | 400.00 | 0.20 | 80.00 | Review email and attachments from client; email to client regarding analysis. | ARCH |
| 2253.000 | 07/23/2019 | 11 | A | 1 | 400.00 | 0.40 | 160.00 | Email from client regarding loan documents; review docket and pending objections; review plan and loan documents; email to client regarding information needed. | ARCH |
| 2253.000 | 07/25/2019 | 12 | A | 1 | 325.00 | 2.60 | 845.00 | Review loan documents, debtor's schedules and plan; prepare objection to confirmation of plan; analyze Ninth Circuit case law regarding availability of default interest rate. | ARCH |
| 2253.000 | 07/26/2019 | 12 | A | 1 | 325.00 | 0.50 | 162.50 | Prepare proof of claim calculations for objection and claim filing; analyze claim documents. | ARCH |
| 2253.000 | 07/29/2019 | 12 | A | 1 | 325.00 | 0.50 | 162.50 | Prepare and file proof of claim. | ARCH |
| 2253.000 | 08/01/2019 | 12 | P | 1 | 325.00 | 0.20 | 65.00 | Emails with opposing counsel regarding objection to plan and proposed resolution. | 86 |
| 2253.000 | 08/02/2019 | 12 | P | 1 | 325.00 | 0.30 | 97.50 | Conference with N. Henderson regarding claims and interest-rate issues; emails with client regarding same. | 87 |
| 2253.000 | 08/08/2019 | 12 | P | 1 | 325.00 | 0.30 | 97.50 | Review bankruptcy court docket and analyze confirmation issues; emails with B. Lawrence regarding same. | 88 |
| 2253.000 | 08/09/2019 | 12 | P | 1 | 325.00 | 0.30 | 97.50 | Multiple emails with B. Lawrence regarding correct claim calculations. | 89 |
| 2253.000 | 08/12/2019 | 12 | P | 1 | 325.00 | 0.30 | 97.50 | Review modified plan; emails with B. Lawrence regarding same. | 90 |
| 2253.000 | 08/13/2019 | 12 | P | 1 | 325.00 | 0.30 | 97.50 | Emails with trustee regarding mortgage itemization form; withdraw objection to confirmation of plan. | 91 |
| **Total for Client ID 2253.000** | | | | | Billable | 5.90 | 1,962.50 | Lawrence/Brett General Business | |

**GRAND TOTALS**

|  |  | Billable | 5.90 | 1,962.50 |  |
|---|---|---|---|---|---|